UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY PAGAN,<br><br>       Plaintiff,<br><br>  -against-<br><br>DOC OMH AGENCIES, SEARS, YACUBIE NADIR, ET AL,<br><br>       Defendants. | 22-CV-1352 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 5, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 5, 2022
     New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge